IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANITA MARYSKOVA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; MERRICK B. GARLAND, Attorney General of the U.S.; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services; LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship Immigration Services; and CHRISTOPHER WRAY, Director, Federal Bureau of Investigations,<br><br>    Defendants. | 4:21CV3300<br><br>ORDER |

  This matter is before the Court on plaintiff Anita Maryskova's ("Maryskova") Emergency Motion to Postpone the Effectiveness of the USCIS Decisions or in the alternative for Preliminary Injunction (Filing No. 12). *See* 5 U.S.C. § 705; Fed. R. Civ. P. 65(b). Maryskova states "emergency relief is necessary" to prevent her from suffering "the serious and irreparable harm of being forced to depart the United States on/or before November 23, 2020 to avoid accruing a three year bar from reentering the United States under INA § 212(a)(B), (C); 8 U.S.C. § 1182(a)(9)(B)."

  The defendants object (Filing No. 15) to Maryskova's motion and move the Court to deny it for lack of subject-matter jurisdiction and for failure to make a sufficient showing under Rule 65. The defendants ask the Court to set an expedited response deadline of Friday, November 19, 2021.

The Court finds that the defendants' request for expedited briefing is reasonable but does not adequately account for Maryskova's time constraints. Accordingly,

IT IS ORDERED:

1. The defendants shall respond to Maryskova's emergency motion (Filing No. 12) by 5:00 p.m. on Thursday, November 18, 2021.
2. Maryskova shall file any response by 12:00 p.m. on Friday, November 19, 2021.

Dated this 16th day of November 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge